UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants. | Case No. 25-cv-2020 (JMC) |

## SCHEDULING ORDER

**I.   CASE DEADLINES**

It is hereby **ORDERED** that the Parties shall adhere to the following schedule:

Each Defendant will process at least 300 pages by January 15, 2026. Defendants shall process remaining documents responsive to the relevant requests with completion anticipated by February 16, 2026, and will inform Plaintiff and the Court if any unexpected events, including search results yielding larger than anticipated numbers of potentially responsive records, disrupt this schedule.

It is further **ORDERED** that the Parties shall file a joint status report by February 27, 2026, and every 90 days thereafter until further order of the Court.

**II.   COMMUNICATIONS WITH CHAMBERS**

The Parties are to communicate with the Court by motion, opposition, reply, or notice, including for requests for extensions or to reschedule hearing dates.

1

## III. MEDIATION

The Court encourages the Parties to mediate their case with a Magistrate Judge or through the Mediation Program of the Circuit Executive's Office. If, at any point, the Parties desire to engage in mediation, the Parties should file a joint request captioned "Joint Motion for Mediation," and the Court will make the requested referral.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: December 5, 2025