UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants. | Civil Action No. 25-2020 (JMC) |

## JOINT STATUS REPORT

Pursuant to the Court's December 5, 2025, Minute Order, Plaintiff, Democracy Forward Foundation, and Defendants, Department of Housing and Urban Development ("HUD") and Department of State ("State"), hereby submit the following joint proposed status report in this Freedom of Information Act ("FOIA") matter.

1. State reports that it has conducted its searches via tasking the relevant offices, including those responsible for employment and personnel matters, consular affairs (including visas), privacy, and the use of artificial intelligence at State. None of the relevant offices identified any potentially responsive records. Specifically, the State official responsible for maintaining State's inventory of artificial intelligence use cases responded that the inventory did not contain responsive records.

2. State informed Plaintiff by letter on February 12, 2026, that it had completed the processing of Plaintiff's FOIA requests. Plaintiff has shared its concerns about the adequacy of State's search with State and has asked for conferral with the agency over those concerns. State and Plaintiff intend to continue discussions in an effort to address any remaining concerns without necessitating the Court's involvement.

3. HUD's searches identified more documents than initially expected. The parties have conferred, and Plaintiff has agreed to narrow its requests in certain respects. After implementing the narrowing measures, the searches retrieved about 7,497 records.

4. HUD has been processing at least 300 pages per month and producing responsive, non-exempt records each month. After processing 1,505 pages, HUD transmitted a partial production on February 13, 2026, producing 31 documents and withholding 16 pursuant to a FOIA exemption.

5. Based on the Parties' agreement, HUD expects to process at least 600 pages and produce responsive, non-exempt records every two months. HUD expects the next production will be on or around April 15, 2026.

6. The parties will submit the next Joint Status Report to the Court by May 27, 2026, informing the Court of the updated status and any remaining issues for resolution.

Dated: February 26, 2026
Washington, DC

Respectfully submitted,

*/s/ Amy C. Vickery*
AMY C. VICKERY* (admitted pro hac vice)
DANIEL A. MCGRATH (D.C. Bar No. 1531723
ROBIN F. THURSTON (D.C. Bar No. 7268942)
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043
(202) 448-9090
avickery@democracyforward.org
dmcgrath@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Allison I. Brown*
ALLISON I. BROWN
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7822
allison.brown2@usdoj.gov

*Attorneys for the United States of America*