UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOUSING AND<br>URBAN DEVELOPMENT, *et al*.,<br><br>Defendants. | Civil Action No. 25-2020 (JMC) |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's December 5, 2025, Minute Order, Plaintiff, Democracy Forward Foundation, and Defendants, Department of Housing and Urban Development ("HUD") and Department of State ("State"), hereby submit the following joint proposed status report in this Freedom of Information Act ("FOIA") matter.

1.      The FOIA requests to State relate to the use of automated systems or generative artificial intelligence for (a) personnel matters and (b) review of information related to international student visa holders, as described further in the description of the requests quoted in the Complaint (ECF No. 1). State reports that it has conducted its searches via tasking the relevant offices. Initially it tasked those responsible for employment and personnel matters, consular affairs (including visas), privacy, and the use of artificial intelligence at State.  None of these offices identified any potentially responsive records.

2.      State informed Plaintiff by letter on February 12, 2026, that it had completed the processing of Plaintiff's FOIA requests. Plaintiff shared its concerns about the adequacy of State's search with State.

3.      The parties conferred, and based on the discussion, State conducted additional searches by tasking the Office of the Secretary and engaging in custodian searches for two individuals identified by Plaintiff, Edward Coristine and Luke Farritor. These searches resulted in no responsive records.

4.      The FOIA requests to HUD include requests (1) with designated custodians and search terms related to automated systems or generative artificial intelligence and (2) seeking certain records relating to the use of those technologies for reviewing rules and regulations, as described further in the description of the requests provided in the Complaint. HUD's searches identified more documents than initially expected. The parties have conferred, and Plaintiff has agreed to narrow its requests in certain respects. After implementing the narrowing measures, the searches retrieved about 7,497 records; these records include many non-responsive documents because of the breadth of the search terms.

5.      HUD has been processing at least 300 pages per month and producing responsive, non-exempt records each month.  After processing 1,505 pages, HUD transmitted its first production on February 13, 2026, producing 31 documents and withholding 16 pursuant to a FOIA exemption.

6.      Since the last JSR, HUD processed 431 responsive documents and transmitted its second production on April 15, 2026, producing 29 documents in full, 11 documents in part, and withholding 391 pursuant to a FOIA exemption.

7.      Based on the Parties' agreement, HUD expects to process at least 600 pages every two months.  HUD expects the next production will be on or around June 15, 2026, if HUD determines that any of the pages reviewed are responsive and non-exempt.

*    *    *

8.      The parties will submit the next Joint Status Report to the Court by August 26, 2026, informing the Court of the updated status and any remaining issues for resolution.

Dated: May 26, 2026                                  Respectfully submitted,
Washington, DC

*/s/ Daniel A. McGrath*                              JEANINE FERRIS PIRRO
AMY  C.  VICKERY*  (admitted  pro  hac             United States Attorney
vice)
DANIEL  A.  MCGRATH (D.C.  Bar  No.                By:   */s/ Allison I. Brown*
1531723                                            ALLISON I. BROWN
ROBIN  F.  THURSTON (D.C.  Bar  No.                Assistant United States Attorney
7268942)                                           601 D Street, N.W.
Democracy Forward Foundation                        Washington, D.C. 20530
PO Box 34553                                        Telephone: (202) 252-7822
Washington, DC 20043                                allison.brown2@usdoj.gov
(202) 448-9090
avickery@democracyforward.org                       *Attorneys for the United States of America*
dmcgrath@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*